**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENNETH EARL SMITH, JR.,

Petitioner,

v.

WILLIAM K. MARSHALL, III, et al.,

Respondents.

Case No. 2:26-cv-03380-GMN-DJA

**SERVICE ORDER**

Petitioner Kenneth Earl Smith, Jr., who is serving a term of supervised release in Las Vegas, Nevada, with the Federal Bureau of Prisons, has filed a Petition for Habeas Corpus Relief under 28 U.S.C. § 2241, paid his filing fee, and filed a Motion for Leave to File Electronically. (ECF Nos. 1, 2, 3.) Following a preliminary review of the Petition under the Rules Governing Section 2254 Cases[1] and a preliminary finding of jurisdiction[2], the Court directs that the Petition be served on the United States Attorney's Office for the District of Nevada (USAO) and sets a

[1] The Court exercises its discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. *See* Habeas Rule 1(b). Under Habeas Rule 4, the Court must examine a habeas petition and order a response unless it "plainly appears" that the petition is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019). This rule allows courts to screen and dismiss petitions that are patently frivolous, vague, conclusory, palpably incredible, false, or plagued by procedural defects. *Boyd v. Thompson*, 147 F.3d 1124, 1128 (9th Cir. 1998); *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990) (collecting cases).

[2] A 28 U.S.C. § 2241 petition is the correct vehicle to challenge the execution of a federal sentence. *See United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984) ("Review of the execution of a sentence may be had through petition for a writ of habeas corpus under 28 U.S.C. § 2241."); *Larios v. Madigan*, 299 F.2d 98, 99 (9th Cir. 1962) (explaining that a claim regarding "a right to immediate release on the ground that [a petitioner's] federal sentence has been served in full . . . is a matter properly raised in an application from a federal prisoner for a writ of habeas corpus under 28 U.S.C. § 2241(c)").

briefing schedule. The Court also finds good cause exists to grant Smith's Motion, authorizing him to register as an electronic filer in this matter.

It is therefore kindly Ordered that the Clerk of Court add the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

It is further Ordered that the USAO file a notice of appearance within 7 days of the date of this Order and file and serve their Answer to the Petition within 21 days of the date of this Order. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Smith will have 14 days to file his Reply to the Answer to his Petition.

It is further Ordered that the Motion for Leave to File Electronically (ECF No. 3) is granted. Under LR IC 2-1(b), the Court authorizes Smith to register as an electronic filer in this matter.

Dated: October 20, 2020

Gloria M. Navarro, Judge
United States District Court